**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**
Case No. 0:17-cv-61242-WPD

JESSICA LUCAS,

      Plaintiff,

v.

COMMONWEALTH FINANCIAL
SYSTEM INC.,

      Defendant.
_____/

**NOTICE OF ENTRY OF PARTIES/MEDIATOR**

In accordance with the Court's October 10, 2017 Order (DE 28), defendant, Commonwealth Financial Systems, Inc., hereby notifies the Court that the parties have selected **Fred Berman** in Fort Lauderdale, Florida as the mediator in this matter.

Date:  October 12, 2017

                                               Respectfully submitted,

                                               */s/ Jocelyn C. Smith*
                                               Jocelyn C. Smith, Esq.
                                               Florida Bar No. 0036554
                                               Dayle M. Van Hoose, Esq.
                                               Florida Bar No. 0016277
                                               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                               3350 Buschwood Park Drive, Suite 195
                                               Tampa, Florida 33618
                                               Telephone: (813) 440-5328
                                               Facsimile: (866) 466-3140
                                               jsmith@sessions.legal
                                               dvanhoose@sessions.legal

                                               *Attorneys for Defendant,*
                                               *Commonwealth Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2017, a true and correct copy of the foregoing was filed electronically in the ECF system.

I further certify that a true and correct copy of the foregoing has been sent to plaintiff via U.S. Mail and e-mail to the following address:

> Jessica Lucas
> 1020 Tennessee Avenue
> Ft. Lauderdale, FL 33312
> jlucasestate@gmail.com

*/s/ Jocelyn C. Smith*
Attorney